Joseph Minga and Raymond Desmore, Appellants, v. Jack Cole Co., Inc., and Szetty H. McGuire, Appellees.

Gen. No. 46,910.

First District, Second Division.
December 27, 1956.
Released for publication March 5, 1957.

John J. Kennelly, and Fleming & Olson, for appellants, Edward J. Fleming, of counsel; Ryan, Condon & Livingston, for appellees, Earle C. Hurley, and John J. Sharon, of counsel. Opinion by JUDGE McCORMICK. **Not to be published in full.**